UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JANE DOE and JOHN DOE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
|  | ) | Civil Action No. 25-CV-12233-AK |
| v. | ) ) | |
| ATHENA HEALTH, INC., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF ADMINISTRATIVE STAY/CLOSING

**ANGEL KELLEY, D.J.**

It is hereby **ORDERED** that the above-entitled action is stayed administratively without prejudice to the right of any party to restore it to the active docket pending resolution of the *Goulart v. Cape Cod Healthcare, Inc.* matter, Case No. 25-1672, before the United States Court of Appeals for the First Circuit.

Dated: February 19, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge